ERIE INS. EXCHANGE

v.

LITTLE DUCKLINGS DAY CARE, et al.

**168 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

Reargument Denied 12/6/2017

June Term, 2015, No. 15–0602601 (Philadelphia)

Affirmed

**IN the INTEREST OF: S.–A.V.C., Minor**

**514 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001219–2016 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: L.S.A.C., Minor**

**515 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001220–2016 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: S.C., Minor**

**516 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–DP–0001295–2012 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: L.C., Minor**

**518 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–DP–0001912–2014 (Philadelphia)